IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PAIGE L. MAZZACANO | : | NO. 23-1377 |
| vs. | : | |
| AUTOMOTIVE FINANCIAL SERVICES LLC | : | |

**ORDER**

AND NOW, this __________ day of June, 2023, upon consideration of Defendant's Motion to Dismiss and any response thereto, it is hereby ORDERED, ADJUDGED and DECREED that Defendant's Motion is GRANTED and Plaintiff's Complaint is dismissed with prejudice.

BY THE COURT:

_______________________________________
J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PAIGE L. MAZZACANO | : | NO. 23-1377 |
| | : | |
| vs. | : | |
| | : | |
| AUTOMOTIVE FINANCIAL SERVICES LLC | : | |
| | : | |

**MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Defendant, Automotive Financial Services, LLC, by and through its undersigned counsel, hereby submits this Motion to Dismiss Plaintiff's Complaint. Pursuant to Federal Rule of Civil Procedure 12(b)(6), and for the reasons set forth in Defendant's Memorandum of Law in Support of its Motion to Dismiss, incorporated by reference herein as if more fully set forth, Defendant requests this Court to dismiss Plaintiff's Complaint.

WHEREFORE, for all the foregoing reasons, Defendant respectfully requests this Court to dismiss Plaintiff's Complaint with prejudice and order such other and further relief as the Court deems just and appropriate.

Respectfully submitted,

ANTHEIL MASLOW & MACMINN, LLP

By: s/ Patricia C. Collins
Patricia C. Collins, Esquire
Attorney for Defendants

Dated: June 5, 2023