**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **PAIGE L. MAZZACANO,** | : | |
| | : | |
| Plaintiff | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | No. 2:23-cv-1377 |
| **AUTOMOTIVE FINANCIAL SERVICES, LLC** | : | |
| | : | |
| | : | |
| Defendant | : | **JURY TRIAL DEMANDED** |

**PLAINTIFF'S RESPONSE IN OPPOSITION TO**
**DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**

Plaintiff, **PAIGE MAZZACANO**, by and through undersigned counsel, hereby responds in opposition to Defendant's Motion to Dismiss Plaintiff's Amended Complaint (D.I. 7). Plaintiff respectfully submits that Defendant's Motion to Dismiss should be denied *in toto* for the reasons set forth in the accompanying Memorandum of Law, incorporated here by reference. In the alternative, Plaintiff requests leave of court to amend her complaint to address any deficiencies the Court may find.

Dated: August 4, 2023

**LAW OFFICES OF ERIC A. SHORE**



**CHARLES M. SCOTT, ESQUIRE**
Attorney ID No.: 326926
2 Penn Center, Suite 1240
1500 Market Street
Philadelphia, PA 19102
(267) 262-8586
charless@ericshore.com
*Attorney for Plaintiff*